IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATRELL RICHARDSON,<br>Individually, and as Personal<br>Representative of the Estate of<br>LEVY LEWIS KINNION, deceased,<br>    Plaintiff,<br><br>v.<br><br>NISSAN MOTOR Co. Ltd., et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 25-00149-KD-N<br>)<br>)<br>) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 4, 2025, (Doc. 22), is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff Latrell Richardson's motion to remand, (Doc. 14), is **GRANTED**.

This action is **REMANDED** to the Circuit Court of Dallas County, Alabama.

**DONE** and **ORDERED** this the **2nd** day of **September 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**